# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **DELIA MARIA GARCIA-PENA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-02079-LS** |
| | § | |
| **EL PASO PROCESSING CENTER,** | § | |
| | § | |
| ***Respondent*.** | § | |

## ORDER FOR UPDATED STATUS

The government shall file on or before **December 7, 2026,** a response explaining whether Petitioner remains in custody, and if so, what efforts it has undertaken to remove her along with Petitioner's cooperation or noncooperation with same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 24, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**